UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

THE DIOCESE OF ROCHESTER and
THE DIOCESE OF BUFFALO, N.Y.,

            Plaintiffs,

    v.

THE U.S. SMALL BUSINESS
ADMINISTRATION and JOVITA
CORRANZA, solely as the Administrator
of the U.S. Small Business Administration,

            Defendants.
_____

**ORDER**

6:20-CV-06243 EAW

Plaintiffs the Diocese of Rochester and the Diocese of Buffalo, N.Y. ("Plaintiffs") have filed a motion for a preliminary injunction pursuant to Fed. R. Civ. P. 65 and Local R. Civ. P. 65 (Dkt. 2) and they have contemporaneously filed a motion for an expedited hearing pursuant to Local R. Civ. P. 7(d)(1) (Dkt. 3), and good cause appearing for the granting of an expedited briefing schedule with respect to the motion for a preliminary injunction,[1] it is hereby

---

[1] According to published news media reports, the small business loan program that is at issue in this lawsuit has run out of funds. *See* Erica Werner et al., *White House says new small business loan program is out of money, leaving many firms grasping for lifelines*, Wash. Post (April 16, 2020), https://www.washingtonpost.com/us-policy/2020/04/16/congress-coronavirus-small-business-trump/. As a result, there may be an argument that the requested preliminary injunction is moot if the program is not provided with further funding. However, the Court still finds that an expedited briefing schedule is appropriate under the circumstances.

ORDERED that Plaintiffs' motion for an expedited hearing (Dkt. 3) is granted, and it is further

ORDERED that Defendants must file any papers in opposition to the motion for a preliminary injunction on or before April 24, 2020, and Plaintiffs may file any reply papers on or before April 27, 2020, and oral argument will be held before the undersigned by telephone on April 29, 2020, at 10:00 AM (call-in information will be subsequently communicated to counsel and posted on the docket), and it is further

ORDERED that by the close of business on April 16, 2020, Plaintiffs shall arrange for service of this Order, the papers upon which it is granted, and the papers in support of Plaintiffs' motion for a preliminary injunction, by sending said documents by overnight mail to Defendants U.S. Small Business Administration and Administrator Jovita Corranza at 409 Third Street, S.Q., Washington, D.C. 20416, and further sending said documents by electronic mail to Mary Pat Fleming, AUSA, at mary.pat.fleming@usdoj.gov and Kathryn L. Smith, AUSA, at kathryn.l.smith@usdoj.gov, and file proof of service of the same by April 17, 2020.

SO ORDERED.

_____
ELIZABETH A. WOLFORD
United States District Judge

Dated:  April 16, 2020
        Rochester, New York