

One Lincoln Center | Syracuse, NY 13202-1355 | bsk.com

**BRIAN J. BUTLER**
bbutler@bsk.com
P: 315.218.8160
F: 315.218.8100

May 9, 2020

**VIA EMAIL**
**wolford@nywd.uscourts.gov**

The Honorable Elizabeth A. Wolford
United States District Judge
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614

Re: *The Diocese of Rochester et al. v. U.S. Small Business Administration et al.,*
 20 Civ. 06243 (EAW)

Dear Judge Wolford:

We represent the Plaintiffs in the above referenced action. The Defendants filed their opposition to Plaintiffs' motion for a preliminary injunction last night.

Due to the number of issues raised by the government in its brief opposing Plaintiffs' motion for a preliminary injunction, I am writing, pursuant to L. R. Civ. P. 7(a)(2)(C) and your Chambers rules, for leave to file a reply memorandum of law that exceeds the ten-page limit. Plaintiffs respectfully request a maximum of 10 additional pages for their reply memorandum which is due to be filed on May 11, 2020.

Thank you for your attention to this matter and consideration of our request.

Respectfully submitted,

BOND, SCHOENECK & KING, PLLC

Brian J. Butler

cc: Counsel of Record (via email)

SO ORDERED

ELIZABETH A. WOLFORD
United States District Judge
DATED: 05/09/2020

Attorneys At Law | A Professional Limited Liability Company

3544998.1 5/9/2020